```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    GEORGE CALHOUN,                                            :
                                                               :
                                    Plaintiff,                 :    1:20-cv-06174-GHW
                  -against-                                    :
                                                               :         ORDER
    LAIDLAW & COMPANY (UK) LTD.,                               :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2020

GREGORY H. WOODS, United States District Judge:

On December 18, 2020, the Court held a teleconference regarding Defendant's partial motion to dismiss the complaint, Dkt. No. 26. For the reasons stated on the record during that conference, Defendant's partial motion to dismiss is denied in its entirety.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Date:  December 18, 2020

_____
GREGORY H. WOODS
United States District Judge